**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | No. CR-95-0320-09-PHX-RCB |
| ) | |
| vs. ) | O R D E R |
| ) | |
| Juan Morales Garza, III, ) | |
| ) | |
| Defendant. ) | |

    On January 14, 2013, a "Superceding Petition to Revoke Supervised Release" as to defendant Juan Morales Garza, III, was filed (Doc. 1344). Granting the defendant's motion to continue the disposition hearing as to that petition, the court reset that hearing to May 20, 2013, at 10:00 a.m.  Ord. (Doc. 1355) at 1.  In the meantime, upon defendant's request to enter an admission to the allegation that he violated conditions of supervised release, this matter was referred to U.S. Magistrate Judge David K. Duncan for a hearing on May 7, 2013 with the written consents of the defendant, counsel for the defendant, and counsel for the United States of America.

Following that hearing, the Magistrate Judge made eight explicit findings, which form the basis for his recommendation that this court accept the defendant's admission to violating his supervised release.  See Findings and Recommendation of the Magistrate Judge Upon an Admission and Order (Doc. 1360) at 1:23 - 2:10.

There being no objection to any of those findings or that recommendation, the "Findings and Recommendation of the Magistrate Judge Upon Admission and Order" (Doc. 1360), entered on May 8, 2013, are **INCORPORATED BY REFERENCE** as if fully set forth herein and **ADOPTED** in their entirety.

Further, because the filing of the "Superceding Petition to Revoke Supervised Release" supplants the original "Petition to Revoke Supervised Release" (Doc. 1307), the court **DENIES** as moot the Findings and Recommendation of the Magistrate Judge Upon Admission (Doc. 1336) as to that original petition.

Accordingly, **IT IS ORDERED** that:

(1) the "Findings and Recommendation of the Magistrate Judge Upon Admission and Order" (Doc. 1360), entered on May 8, 2013, are **INCORPORATED BY REFERENCE** as if fully set forth herein and **ADOPTED** in their entirety;

(2) defendant Juan Morales Garza, III's admission on the Superceding Petition to Revoke Supervised Release is **ACCEPTED**; and

(3) the "Findings and Recommendation of the Magistrate Judge Upon Admission" (Doc. 1336) are **DENIED** as moot.

DATED this 20th day of May, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

1  Copies to counsel of record
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Copies to counsel of record